IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RUSSELL LAWRENCE FORD, # 148620, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:09-CV-1031-ID |
| ) | |
| WILLIE THOMAS, *et al.*, ) | (WO) |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The petitioner's objection (Doc. # 4) to the Recommendation of the Magistrate Judge, filed on December 7, 2009, is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #3), entered on November 24, 2009, is ADOPTED; and

3. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this 30th day of December, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE